**Exhibit A to the Complaint**

**Location:** Cincinnati, OH  
**Total Works Infringed:** 29

**IP Address:** 74.215.158.204  
**ISP:**  Cincinnati Bell

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 6C639AA8446F7F87521D3F3E65244D3164287F1A<br>File Hash:<br>4DEB83BF65F44F882F54385B87EC7169F82748E2F40DE7B3152E2B00BAC018EB | 05-22-2023<br>15:06:33 | Vixen | 05-19-2023 | 06-09-2023 | PA0002415364 |
| 2 | Info Hash: C7FEB8BCFF4D37F2A44B5ECF2B9B51E85EFCBE3B<br>File Hash:<br>5A0A1F0D0F5DF853C165F304720FB95BC242BEE8B351824489CDF46A9133CDBF | 05-10-2023<br>17:01:07 | Vixen | 12-09-2022 | 02-21-2023 | PA0002401000 |
| 3 | Info Hash: 9A6B1AB94635E9B086A0566029A5ACA2871FA5D4<br>File Hash:<br>A04FF98DC25B01B376CE9EEF7DBEA6A59687F24E6B99C4B6984BCEFE41ED5105 | 05-10-2023<br>16:46:55 | Tushy | 03-05-2023 | 04-07-2023 | PA0002405753 |
| 4 | Info Hash: E64F1EF5FC18A3D1F630E1B0838A175EC34A6C1B<br>File Hash:<br>C617308E6E87FCED4A6E80E60EC04C9C02C4EA163270C3FFA88F71863FF4DD98 | 05-10-2023<br>16:43:13 | Tushy | 04-23-2023 | 05-14-2023 | PA0002411314 |
| 5 | Info Hash: FE46517AF77D36BF1EAB4D1293DCA4A3C2E3CB75<br>File Hash:<br>E5A081848FDAB194B6A7822E2AD57DF663C019BBFC31BF6249DFF673DF724A70 | 05-10-2023<br>16:31:35 | Tushy | 04-30-2023 | 05-14-2023 | PA0002411311 |
| 6 | Info Hash: 711061440560362DE228D9B89300367651333F3A<br>File Hash:<br>D8BA5227FA7EE9E2E952404158A35E10AD553C26D90425F7BDF7776FDD3AA3BA | 05-10-2023<br>16:31:24 | Tushy | 05-07-2023 | 05-14-2023 | PA0002411294 |
| 7 | Info Hash: 175E0D095B52ACC2F7E9868B5120A097C7B8E4DA<br>File Hash:<br>E8052046FFEA1F18BF916315ABD15D08CD6820977511CB37A0D95D05E529186C | 04-28-2023<br>21:10:15 | Vixen | 03-31-2023 | 04-09-2023 | PA0002405749 |
| 8 | Info Hash: 743B3602E3947D7E2E0C0F2C50A1E319355E9209<br>File Hash:<br>DEA04C3638F6A0FDE0AF99820AC7F8170B93F2FFB7C72784E2E70A8A386B3060 | 03-22-2023<br>22:34:31 | Tushy | 03-19-2023 | 04-07-2023 | PA0002405758 |
| 9 | Info Hash: FF79E9DFC700B8931D11F713C9E9B2370FE2E0E1<br>File Hash:<br>B0D5581077FEF7AFF6B3F1D8BC39F8610C0BEBC84648CB0891AF544B9FDACEBA | 03-19-2023<br>18:45:13 | Vixen | 03-10-2023 | 04-09-2023 | PA0002405759 |
| 10 | Info Hash: 10976E0245DE5FFAD9208CA36265E2638FDC16A9<br>File Hash:<br>6340F2F1C4CA8BBCE26131EB044A02CC9AA0E4E7755B6715CB1F09202043D6B5 | 03-19-2023<br>18:44:31 | Tushy | 03-12-2023 | 04-07-2023 | PA0002405752 |
| 11 | Info Hash: D70B641B33E30BCED7E47CC2E730012E20C36C06<br>File Hash:<br>5BA409A3CAB83E625CF54404B0792AAE034DCDAE89FF5B310B15797BA71D2631 | 02-06-2023<br>17:18:10 | Tushy | 12-04-2022 | 01-10-2023 | PA0002389591 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 899A2F207BA1A21B6E325D202DF05C0D0D4F9FFA<br>File Hash: 0C9A8F7F3C5E6738180B17B461DDA5E9D33030E6A1A461F97D3A261558CD8109 | 02-06-2023 17:16:06 | Vixen | 01-13-2023 | 01-27-2023 | PA0002393077 |
| 13 | Info Hash: 1D41990AB5A3C4C31036F316B1BF79C315123F72<br>File Hash: 12ECE9683A9BC28BC1117CB6E408E662AEE7D8E035206170B47DD4E309FE251B | 10-23-2022 08:31:05 | Tushy | 10-17-2021 | 11-11-2021 | PA0002321294 |
| 14 | Info Hash: E487AEAF023F000FA0480422191EA7DFF77E00FB<br>File Hash: AEDD21CC7A3E4701C1F3B23E0A5882C51BC45309D48DD1CD664C8F846FD123BC | 10-02-2022 19:10:44 | Vixen | 01-28-2022 | 03-04-2022 | PA0002345791 |
| 15 | Info Hash: 338981A824928AA763B9E3D9BDE9D25FD5AE168F<br>File Hash: 6D891684FA81001D494C68013471143BBC4D3997873DD9640460F3F031CF7CCA | 10-02-2022 18:48:39 | Tushy | 09-25-2022 | 10-05-2022 | PA0002373771 |
| 16 | Info Hash: BFAE234339BBE35D844A4EE4133C90406DF7B3E8<br>File Hash: F8D7494A0822F44A156C1B9FE51CF24B35ECC74999B8F94853470ADCE2ED2187 | 10-02-2022 18:48:09 | Vixen | 09-30-2022 | 10-31-2022 | PA0002377819 |
| 17 | Info Hash: D6A3E99D30A235B031BEF057B2B7DFF51825ED1C<br>File Hash: 6FF1E25C8D000D3F643B91996E43991D31BCD8E5615A12537938E7A2A62AEA9D | 09-13-2022 19:45:04 | Tushy | 08-28-2022 | 11-01-2022 | PA0002378076 |
| 18 | Info Hash: 51C17C0D7D71353275321376EA757309785CD03A<br>File Hash: 15F57588F6DFB9E2F09743A98FE6A12D90597A773866F4EBC843D3FD93B27BCE | 09-13-2022 19:29:09 | Tushy | 09-11-2022 | 10-05-2022 | PA0002373765 |
| 19 | Info Hash: 040C855A55FDB1891D0D9D6655F11D3DF0EC11F5<br>File Hash: 72F566FB4D1BDDF7E3087ADD2C9DF4D8431564B7602681FB07685B0A6086350C | 09-13-2022 19:23:30 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 20 | Info Hash: C20EA351BB316CBF2DC35ADB71846A2E49352ACB<br>File Hash: FD734D04BB084B82492FB2B26BB9EA993DAC49FEC7A01E646428AD8DC060F7B1 | 08-22-2022 16:58:29 | Vixen | 08-19-2022 | 08-30-2022 | PA0002367752 |
| 21 | Info Hash: AA22F2CD2ED007CE11D1639BA548C9346BDB69AE<br>File Hash: 7DE2E3446F60125E2CD3F7313529FA175A0DDC164323F0861FEEA22CAD059647 | 08-16-2022 19:50:31 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 22 | Info Hash: BE57461CB8758373E76FA39737B733F0BA62120D<br>File Hash: 2CE319A8BD55009F717AAA7E732951216E19F9B764510F5E7F82B0BB2847CA3C | 08-16-2022 19:49:56 | Vixen | 08-12-2022 | 08-30-2022 | PA0002367721 |
| 23 | Info Hash: 18F37A18FE1AC5E6CEFE5CA0F702EDAF5E3130C4<br>File Hash: 3B4B2AF11D93CA07CD38FD8D08E0C77EBA6208A33E4B5A5D8973EA94748DF061 | 08-10-2022 21:22:06 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 0F4CEEDB8F6D27D7BFE969C594FE95F2BEED79B1<br>File Hash: 45EF60C61C818F4C41D4026EECBB5D2C42B4E3351E52714FE05EA5CEA09F96C9 | 08-05-2022 17:30:29 | Tushy | 05-29-2022 | 07-21-2022 | PA0002368036 |
| 25 | Info Hash: 1A76A113C1D33455F6FB4D100985C9DA1974F425<br>File Hash: 3A1FA743DEEE32C83316CCC75083FEBCC7CAAF64D5BE1B92439D792FDBDBA248 | 08-04-2022 01:15:02 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 26 | Info Hash: B51BF7BB2CC0BD6377FDB94143542D242AFE6EE5<br>File Hash: C4D78B29390BC49DA72EFB4A5FA5DA534D4989918376071381FF6A77FBCE02FB | 08-04-2022 01:14:06 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |
| 27 | Info Hash: 9F78A2F5EED40C498ABE733F0B017BEB99482A1E<br>File Hash: 96531365AA131996331F8E2EDCD2D43ABDD4A7DFB4A1E53244F6C5B8A7A94299 | 07-28-2022 04:03:12 | Tushy | 01-03-2021 | 02-02-2021 | PA0002280504 |
| 28 | Info Hash: 8315AEEC54838D15E8BDD3DEA3EBF1D0441A6D16<br>File Hash: C070880AB86D7C5C8D88CF2704FA4E7A9FDE24183207133D84C7A308632E42CB | 07-19-2022 17:43:43 | Vixen | 02-11-2022 | 02-14-2022 | PA0002335457 |
| 29 | Info Hash: BB349C1293CF3112B08434A0CD6DB65533E540AE<br>File Hash: A0B82E6D979B02C53F6EF85500D6622928A69DB240883DC1978E9B1601CF5FAB | 07-18-2022 19:57:29 | Vixen | 07-15-2022 | 07-22-2022 | PA0002359477 |